IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN MELVILLE,<br><br>               Plaintiff,<br><br>   v.<br><br>SPARK ENERGY, INC, et al.,<br><br>               Defendants. | Civil No. 15-8706 (RBK/JS) |

**O R D E R**

The Court having held a discovery conference with the parties via telephone on March 10, 2017; and this Order intending to confirm the Court's rulings; and for all the reasons stated on the record,

IT IS HEREBY ORDERED this 10th day of March, 2017, as follows:

    1.    Plaintiff's request for "nationwide" class discovery is GRANTED in part and DENIED in part. Defendant shall only produce the following "core nationwide discovery":

        a.    For each state in which defendant contracted for variable rate natural gas, exemplars of the contracts used from 2009 – present.

        b.    Defendant's marketing, promotional and advertising directives and policies and procedures

1

that defendant intended to apply to all of the foregoing states from 2009 – present, regarding the provision of variable rate natural gas.

 c. The identity of all private and public lawsuits and regulatory/administrative proceedings regarding complaints about defendant's marketing, promotional and advertising practices concerning the provision of variable rate natural gas.

2. This Order is entered without prejudice to plaintiff's right to request additional "nationwide" discovery after defendant's Motion to Dismiss is decided.

3. The parties shall meet and confer regarding reasonable dates for responding to interrogatories and document requests. Document and ESI productions shall be made on a rolling basis.

4. Defendant's request for plaintiff's social security and driver's license numbers is DENIED.

5. Defendant's request for plaintiff's fee agreement is DENIED without prejudice.

6. The May 16, 2017 status and discovery conference will proceed as scheduled. Discovery dispute letters shall be served by May 12, 2017.

        s/Joel Schneider
        JOEL SCHNEIDER
        United States Magistrate Judge