

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | UNITED STATES COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>Fourth & Cooper Streets, Room 2060<br>Camden, New Jersey  08101<br>(856) 757-5446 |

**LETTER ORDER
ELECTRONICALLY FILED**
June 8, 2017

| | |
|---|---|
| David J. Stanoch, Esquire<br>Golomb & Honik, P.C.<br>1515 Market Street<br>Suite 1100<br>Philadelphia, Pa 19102 | Eric R. Fish, Esquire<br>Baker Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |

   Re:   Melville v. Spark Energy, Inc., et al.
         Civil No. 15-8706 (RBK/JS)

Dear Counsel:

   The Court received defendants' recent letter. The Court is not surprised defendants dispute the accusations in plaintiff's recent letter. The Court has no intention of refereeing the parties' dispute. The Court expects the professional and able counsel in the case to sit down and work out their differences to the maximum extent possible. The Court acknowledges parties can act in good faith and still not agree on all issues. However, there is no excuse for the failure to timely communicate with each other and to exhaust all reasonable efforts to achieve a fair resolution of a dispute. The parties' remaining disputes will be resolved at the June 20, 2017 conference.

   The Court has no patience for stalling, excuses and name calling. Discovery will proceed in an expeditious and economical manner. Further, all provisions of the Court's March 10, 2017 [Doc. No. 36] Order remain in effect.

                                     Very truly yours,

                                     s/ Joel Schneider
                                     JOEL SCHNEIDER
                                     United States Magistrate Judge

JS:jk
cc: Hon. Robert B. Kugler