## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN MELVILLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPARK ENERGY, INC. and SPARK ENERGY GAS, LLC,<br><br>Defendants. | Case No. 1:15-CV-08706- RBK-JS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff John Melville ("Plaintiff") and Defendants Spark Energy, Inc. and Spark Energy Gas, LLC ("Defendants"), (collectively, the "Parties") by and through their attorneys of record, hereby agree and stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement, in which Plaintiff has agreed to dismiss all of his claims against Defendants, with prejudice.

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action with prejudice. The Parties, through their counsel of record, have each signed this stipulation.

3. The Parties agree that Plaintiff and Defendants shall bear their own costs and attorney's fees incurred in this action.

4. The Parties therefore request that the Court approve this Joint Stipulation of Dismissal with Prejudice, dismiss all claims against Defendant with prejudice, and direct the clerk to close the case.

**IT IS SO STIPULATED.**


Dated:  November 10, 2017	By: */s/  Eric R. Fish*
	        Eric R. Fish
	**BAKER & HOSTETLER LLP**
	45 Rockefeller Plaza
	New York, New York 10111
	Tel:  212.589.4200
	Fax:  212.589.4201
	Email: efish@bakerlaw.com

	*Attorneys for Defendants*
	*SPARK ENERGY INC. and SPARK*
	*ENERGY GAS, LLC*

	By: */s/  Kenneth J. Grunfeld*
	         Kenneth J. Grunfeld, Esq.
	**GOLOMB & HONIK, P.C.**
	1515 Market Street, Suite 1100
	Philadelphia, PA 19102
	Tel:  (215) 985-9177
	Fax:  (215) 985-4169
	Email:  KGrunfeld@golombhonik.com

	*Counsel for Plaintiff JOHN MELVILLE*